# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **KAREN TREVILLION** | * | **CIVIL ACTION NO: 1:20-cv-01059** |
| | * | |
| **VERSUS** | * | **JUDGE: DAVID C. JOSEPH** |
| | * | |
| **CONCORDIA BANK AND TRUST CO.** | * | **MAGISTRATE: JOSEPH H L PEREZ-MONTES** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and Memorandum in Support;

**IT IS HEREBY ORDERED** that the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) is hereby **GRANTED** and that Plaintiff's constructive discharge claim and retaliation claim are **DISMISSED WITH PREJUDICE.**

Alexandria, Louisiana, this ___ day of _____, 2020.

_____
HONORABLE JUDGE DAVID C. JOSEPH

306354.1